FILED:  August 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1205
(1:23-cv-00833-CCE-JLW)

_____

JOY G. FRANKLIN, on behalf of herself and all others similarly situated

       Plaintiff - Appellee

v.

DUKE UNIVERSITY; THE RETIREMENT BOARD FOR DUKE UNIVERSITY

       Defendants - Appellants

 and

JOHN/JANE DOES 1-10

       Defendant

_____

O R D E R
_____

Upon review of submissions relative to the motion to file a supplemental appendix, the court grants the motion and accepts the supplemental appendix for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk