FILED: January 15, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1205
(1:23-cv-00833-CCE-JLW)
_____

JOY G. FRANKLIN, on behalf of herself and all others similarly situated

      Plaintiff - Appellee

v.

DUKE UNIVERSITY; THE RETIREMENT BOARD FOR DUKE UNIVERSITY

      Defendants - Appellants

 and

JOHN/JANE DOES 1-10

      Defendant

_____

O R D E R
_____

This case is currently calendared for oral argument on January 31, 2025.

Upon consideration of the joint motion to stay appeal, which the court construes as a motion for abeyance, the court grants the motion, removes the case

from the argument calendar and places this case in abeyance for 180 days to permit the parties to finalize and obtain court approval for their settlement. The parties are directed to file a status report before July 11, 2025, and every thirty days thereafter and to notify the court once a settlement has been finalized.

        For the Court

        /s/ Nwamaka Anowi, Clerk