# No. 24-1205

# In the United States Court of Appeals
### FOR THE FOURTH CIRCUIT

JOY G. FRANKLIN, on behalf of herself and all others similarly situated

*Plaintiff - Appellee*

v.

DUKE UNIVERSITY; THE RETIREMENT BOARD FOR DUKE UNIVERSITY

*Defendants - Appellants*

and

JOHN/JANE DOES 1-10

*Defendants*

On Appeal from the U.S. District Court for the Middle District of North Carolina
No. 1:23-cv-00833, The Honorable Catherine C. Eagles

## JOINT STATUS REPORT

| | |
|---|---|
| OREN FAIRCLOTH | JEREMY P. BLUMENFELD |
| SIRI & GLIMSTAD LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 745 Fifth Avenue, Suite 500 | 2222 Market Street |
| New York, NY 10151 | Philadelphia, PA 19103 |
| (772) 783-8436 | (215) 963-5000 |
| | |
| *Counsel for Plaintiff-Appellee* | *Counsel for Defendants-Appellants* |

*(additional counsel listed infra)*

## JOINT STATUS REPORT

Pursuant to the Court's Order of January 15, 2025, Plaintiff-Appellee Joy G. Franklin and Defendants-Appellants Duke University and the Retirement Board for Duke University (collectively, "the Parties"), by and through their undersigned counsel, hereby provide the following joint report.

The Parties have finalized and fully executed the formal settlement agreement as of September 9, 2025. The Parties have also finalized the unopposed motion for preliminary approval of the class settlement, along with its accompanying exhibits, which Plaintiff-Appellee is prepared to file imminently in the District Court for the Middle District of North Carolina ("District Court"). The Parties intend to pursue an indicative ruling pursuant to Federal Rule of Appellate Procedure 12.1 and Federal Rule of Civil Procedure 62.1 on Plaintiff-Appellee's forthcoming unopposed motion for preliminary approval of the class settlement from the District Court.

To complete the settlement while conserving the resources of the Parties, the Court, and the District Court, the Parties respectfully seek a continuance of the current abeyance of these proceedings.

Pursuant to the Court's January 15 Order, the parties will file a further status report by October 10, 2025.

1

Dated: September 10, 2025

/s/ *Oren Faircloth*
OREN FAIRCLOTH
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(772) 783-8436
DAVID J. DISABATO
SIRI & GLIMSTAD LLP
8 Campus Drive, Suite 105
Parsippany, NJ 07054
(212) 532-1091

DANA STONE SMITH
SIRI & GLIMSTAD LLP
525 N. Tryon Street, Suite 1600 #7433
Charlotte, NC 28202
(980) 448-1299

*Counsel for Plaintiff-Appellee*

/s/ *Jeremy P. Blumenfeld*
JEREMY P. BLUMENFELD
MARY ANN F. MCNULTY
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
(215) 963-5000
MICHAEL E. KENNEALLY
ABBEY M. GLENN
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000

DIXIE T. WELLS
ELLIS & WINTERS LLP
300 North Greene Street, Suite 800
Greensboro, NC 27401
(336) 217-4197

*Counsel for Defendants-Appellants*

2

## CERTIFICATE OF COMPLIANCE

This Joint Status Report complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 186 words, excluding the parts of the brief exempt by Fed. R. App. P. 32(f).

This Joint Status Report complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using 14-point Times New Roman font.

/s/ Jeremy P. Blumenfeld
Jeremy P. Blumenfeld

## CERTIFICATE OF SERVICE

Jeremy P. Blumenfeld, an attorney, certifies that on September 10, 2025, he caused a true and correct copy of the foregoing **JOINT STATUS REPORT** to be filed with the Clerk of the Court using the Court's CM/ECF System, which will send notification of such filing to all attorneys of record, including the following:

>Oren Faircloth
>Siri & Glimstad LLP
>745 Fifth Avenue, Suite 500
>New York, NY 10151
>(772) 783-8436
>
>David J. DiSabato
>Siri & Glimstad LLP
>8 Campus Drive, Suite 105
>Parsippany, NJ 07054
>(212) 532-1091
>
>Dana Stone Smith
>Siri & Glimstad LLP
>525 N. Tryon Street, Suite 1600 #7433
>Charlotte, NC 28202
>(980) 448-1299
>
>/s/ Jeremy P. Blumenfeld
>Jeremy P. Blumenfeld